AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

10491205

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-cr-00200 |
| **GARRICK RICHARDSON** | ) Assigned To : Bates, John D. |
| ▬▬▬▬▬▬▬▬ | ) Assign. Date : 6/14/2023 |
| | ) Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   GARRICK RICHARDSON

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year

Date: 06/14/2023

Moxila A. Upadhyaya   Digitally signed by Moxila A. Upadhyaya

*Issuing officer's signature*

City and state: Washington, DC

MOXILA A. UPHADYAYA, U.S. Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* 6/14/23, and the person was arrested on *(date)* 6/20/23
at *(city and state)* Washington, DC

Date: 6/20/23

*Arresting officer's signature*

D. Pritchard   DUSM

*Printed name and title*